IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONG EXCAVATING & RECYCLING, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:17-cv-510-TFM ) |
| BATES HEWETT & FLOYD INSURANCE AGENCY, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is Defendants *Motion to Transfer to the Southern Division of the Middle District* (Doc. 3, filed 8/4/17). It is ORDERED that Plaintiff show cause on or before **October 25, 2017** why this motion should not be granted.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned if their motion and/or brief exceeds twenty (20) pages in length.

DONE this 27th day of September, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE