IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONG EXCAVATING & RECYCLING, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BATES HEWETT & FLOYD INSURANCE AGENCY, *et al.*, | ) ) ) ) |
| Defendants. | ) |

CASE NO.  2:17-cv-510-TFM

**ORDER**

Previously, the parties were notified of the assignment of this case to a Magistrate Judge and the right to request reassignment. Without the consent of the parties, the Magistrate Judge cannot take dispositive action in this case. *See* 28 U.S.C. § 636(c). As explained in the attached Explanation of Assignment to United States Magistrate Judge, the parties have the right to consent to or to decline consent to a Magistrate Judge's jurisdiction without adverse consequences.

Accordingly, counsel for the parties are DIRECTED to complete the appropriate attached form so that the form is received by the Clerk of Court on or before **October 16, 2017**.

CONSENT FORMS MAY NOW BE SUBMITTED ELECTRONICALLY. If a party elects to complete the consent form, counsel may log into the Case Management/Electronic Case File (CM/ECF) system, select the Magistrate Judge Consent Form event, and electronically prepare and submit the form. In the alternative, counsel may complete the attached consent form and mail it to the Clerk of the Court. Do NOT electronically file the consent form into the record. If you have any questions about electronic consent submission, please contact the Clerk's Office.

If a party elects to complete the form requesting reassignment to a district judge, counsel must complete the attached form and mail it to the Clerk's Office. There is no option to log into CM/ECF and electronically submit the reassignment form. Do NOT electronically file the reassignment form into the record.

DONE this 27th day of September, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**NOTICE OF ASSIGNMENT TO**
**UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or non-jury civil case and order the Entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeal for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

There are advantages to consenting to a Magistrate Judge. The principal one is that the Magistrate Judges have fewer civil case assignments than do the District Judges and may therefore be able to place you on a less crowded term or otherwise get your case resolved more quickly. As you know, the Middle District is in a judicial emergency with only one active District Judge for a three-judge court. The district court docket is very congested, and visiting District Judges from other locations throughout the country are being assigned to preside in some cases in which the parties do not consent. The parties are therefore encouraged to consider consent to a local Magistrate Judge as an alternative in order to move cases along while judicial resources are very limited. All of our Magistrate Judges have substantial experience in managing and trying civil cases; they are extremely competent and knowledgeable in the law and relevant civil procedures.

As a party to this lawsuit, you have the right to consent or decline consent to the jurisdiction of a Magistrate Judge. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to a Magistrate Judge, this case will be reassigned randomly to a District Judge. **HOWEVER, due to the judicial emergency currently existing in this district, any case reassigned to a District Judge may be immediately REFERRED back to the Magistrate Judge for consideration and disposition of or recommendation on all pretrial matters, including dispositive motions.** *See* **28 U.S.C. § 636(b)(1)(B).**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONG EXCAVATING & RECYCLING, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO.  2:17-cv-510-TFM |
| BATES HEWETT & FLOYD INSURANCE AGENCY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____          _____
Date                                                                   Signature


                                                                    _____
                                                                    Counsel For (**print** name of all parties)


                                                                    _____
                                                                    Address, City, State, and Zip Code


                                                                    _____
                                                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONG EXCAVATING & RECYCLING, LLC, *et al*., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO.  2:17-cv-510-TFM ) |
| BATES HEWETT & FLOYD INSURANCE AGENCY, *et al*., | ) ) ) |
| Defendants. | ) ) |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case.  The undersigned party requests reassignment of this case to a United States District Judge.

_____   _____
Date                                                                Signature

_____
Counsel For (**print** name of all parties)

_____
Address, City, State, and Zip Code

_____
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT
SEND TO THE CLERK'S OFFICE BY MAIL**